■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK PINERO, Appellant. [27 NYS3d 883]—Appeal by the defendant from a judgment of the County Court, Rockland County (Nelson, J.), rendered October 1, 2014, convicting him of criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's waiver of his right to appeal was knowingly, voluntarily, and intelligently made (*see People v Sanders*, 25 NY3d 337 [2015]; *People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d 248, 256 [2006]). The defendant's valid waiver of his right to appeal forecloses appellate review of his challenge to the factual sufficiency of his plea allocution (*see People v Towns*, 135 AD3d 974 [2016]; *People v Nash*, 38 AD3d 684 [2007]).

The defendant's remaining contentions are without merit. Leventhal, J.P., Miller, Maltese and Duffy, JJ., concur.